# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: MICHAEL GRAY (not in custody)   CASE NO: 01-4263-BSS

AUSA: Paul Schwartz *present*   ATTY: Bernardo Lopez

AGENT: ___   VIOL: Target Letter

PROCEEDING: Appointment of Counsel   RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD

BOND SET @: ___   To be cosigned by: FPD

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

*△ — Sworn for counsel*

*FPD appointed*

FILED by ___ INTAKE ___ D.C.
OCT 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10-22-01   TIME: 11:00am   TAPE # 01-077   Begin: 1495   End: 1499

*Recall 01-077 1696-1835*