UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT
ON 10-22-01 AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

CASE NO. 01-4263-BSS

UNITED STATES OF AMERICA

vs

Michael Gray

O R D E R

X / Appointing Counsel
___/ Ratifying Prior Service
___/ Extending Appointment
       for Appeal
___/ Substituting Counsel

_____
(prior counsel)

CHARGE: _____Target Letter_____
___/Felony        ___/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL  33301
Phone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 22 day of October, 2001.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services